No. 74–5364.   VERVILLE, ADMINISTRATOR *v.* BOTSFORD GENERAL HOSPITAL ET AL.   Sup. Ct. Mich.   Certiorari denied.

No. 74–5382.   SKIDMORE *v.* NATIONAL RAILROAD ADJUSTMENT BOARD, THIRD DIVISION, ET AL.   C. A. 2d Cir. Certiorari denied.

No. 73–7090.   WEIR *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.   MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE STEWART would grant certiorari.

No. 74–45.   PESIKOFF ET AL. *v.* SECRETARY OF LABOR. C. A. D. C. Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–62.   GENOVESE *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–131.   NOCAR ET AL. *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5229.   TAYLOR, AKA MILLER *v.* BRATTON, U. S. DISTRICT JUDGE.   C. A. 10th Cir.   Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5276.   MEDINA *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5316.   MURRAY *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 74–5322.   LOVELY *v.* LALIBERTE ET AL.   C. A. 1st Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.